# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| Truist Bank,<br>                      Plaintiff,<br><br>v.<br><br>Tarver Investments, LLC; Anita L. Jackson a/k/a Anita L. Jackson Kelley a/k/a Anita Jackson; United States of America; Trustee Services of Carolina, LLC,<br>                      Defendants. | CASE NO.: 5:25-CV-00234-FL |

## MOTION FOR DEFAULT JUDGMENT

**NOW COMES** Plaintiff Truist Bank, by and through its undersigned counsel, and hereby moves the Court for Default Judgment, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff respectfully shows the Court as follows:

1. Defendants Anita L. Jackson a/k/a Anita L. Jackson Kelley a/k/a Anita Jackson; Tarver Investments, LLC; and Trustee Services of Carolina, LLC, have failed to file any responsive pleading(s) within the time allowed by the Court for Defendants to do so.

2. Plaintiff is entitled to have this Court enter a Default Judgment against said Defendants.

**WHEREFORE**, Plaintiff prays the Court as follows:

1. That the Court enter Default Judgment against Defendants Anita L. Jackson a/k/a Anita L. Jackson Kelley a/k/a Anita Jackson; Tarver Investments, LLC; and Trustee Services of Carolina, LLC, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure; and

2. For such other and further relief as the Court may deem just and proper.

This the 31st day of July, 2025.

**BROCK & SCOTT, PLLC**

/s/ Alan M. Presel
Alan M. Presel, NC State Bar #24470
6701 Carmel Road, Suite 315
Charlotte, NC 28226
Telephone: 704-643-0290
Facsimile: 704-553-7225
Email: alan.presel@brockandscott.com
*Attorneys for Plaintiff Truist Bank*