IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-234-D

TRUIST BANK, )
 )
         Plaintiff, )
 )
v. )    ORDER
 )
ANITA LOUISE JACKSON, TARVER )
INVESTMENTS LLC, TRUSTEE )
SERVICES OF CAROLINA LLC, and )
UNITED STATES OF AMERICA, )
 )
         Defendants. )

The court has considered the record and governing law. The court GRANTS Truist Bank's motion for default judgment against defendants Anita L. Jackson a/k/a Anita L. Jackson Kelley a/k/a Anita Jackson; Tarver Investments, LLC; and Trustee Services of Carolina, LLC [D.E. 14]. See Fed. R. Civ. P. 55(b).

SO ORDERED. This _3_ day of October, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge